IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

AUTO SERVICES COMPANY, INC.                                        PLAINTIFF

v.                                    Case No. 2:11-CV-03095

AUTO SERVICE WARRANTY, INC.                                        DEFENDANT

## ORDER

On May 9, 2012, the Clerk of Court filed a First Notice of No Service of Process directed to

Plaintiff Auto Services Company, Inc., noting that the file did not reflect proof of service of the

Complaint upon Defendant Auto Service Warranty, Inc.  On June 5, 2012, the Clerk of Court filed

a Second Notice of No Service of Process and stated that Plaintiff had 14 days from the date of the

Second Notice to file proper proof of service, as required by Fed. R. Civ. P. 4(l).  The Clerk's

deadline of 14 days has since passed, and no proof of service has been filed with the Court.

Accordingly, as more than 120 days have elapsed since Plaintiff filed its Complaint, and service has

not been perfected upon Defendant Auto Service Warranty, Inc. in that time, this action is hereby

DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 2nd day of July, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE